UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:20-585-JFA |
|---|---|---|
| v. | ) | |
| ALYSSA DEGNAN | ) | **ORDER** |

This matter having come before the Court on motion of the United States for an Order continuing the trial of this case until the July 2022 term of court.

IT IS ORDERED: That the trial of this case is continued until July 2022. The continuance is justified because on February 12, 2021, the defendant, **ALYSSA DEGNAN,** entered into a written Pretrial Diversion Agreement which provides that prosecution will be deferred by the attorney for the Government for a period of 18 months for the purpose of allowing the defendant to demonstrate good conduct. This period of delay is approved by the Court and is therefore excludable under the provisions of Title 18, United States Code, Section 3161(h)(2) of the Speedy Trial Act of 1974.

IT IS SO ORDERED.

_____
JOSEPH F. ANDERSON, JR.
UNITED STATES OF DISTRICT JUDGE

February 17, 2021

Columbia, South Carolina