DSC PS4

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | Case No. 3:20CR00585 |
| --- | --- |
| V. | |
| Alyssa Degnan | RESTITUTION ORDER ON PRETRIAL DIVERSION |

The court has been advised that Alyssa Degnan has entered into a pretrial diversion agreement dated March 12, 2021, with the United States Attorney's office.

☒ The pretrial diversion agreement includes a condition that requires Alyssa Degnan to make restitution to the following payees in the amounts listed below. Alyssa Degnan shall pay $1,673.00 per month toward this debt.

| Name of Payee | Total Amount Due |
| --- | --- |
| Dept. of Health and Human Services | $30,100.00 |
| | |
| | |
| **Grand Total** | **$30,100.00** |

Or

☐ The pretrial diversion agreement includes a condition that requires *(defendant)* to make restitution to the following payees. Of the original restitution amount of $*(insert original amount)*, a portion has been paid, and the balance of *(insert amount)* should be paid in monthly payments of $XXX. These payments will be distributed to the following payees in the amounts listed below:

| Name of Payee | Remaining Amount Due |
| --- | --- |
| | |
| | |
| | |
| **Grand Total** | **$XXX.XX** |

**Unless otherwise directed, restitution payments should be made payable to the Clerk of Court for the United States District Court, 901 Richland Street, Columbia, South Carolina 29201.**

It is ORDERED that the clerk of court accept and receive restitution payments from Alyssa Degnan and disburse them to the payees above in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments. Any changes to the payment plan or delinquencies shall remain a matter for the U.S. Attorney's Office to address.

Joseph F. Anderson, Jr., U.S. District Judge
Name and Title of Judge

Signature of Judge

March 19, 2021
Date